**SHA-1 Hash:** 4FA2BA316D7F5C0ED795B065D06166BDF803B453     **Title:** Born To Be Sluts
**Rights Owner:** Evil Angel

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 67.190.120.84 | 3/7/2012 3:07 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 2 | 67.190.142.96 | 2/15/2012 4:50 | Greeley | CO | Comcast Cable | BitTorrent |
| 3 | 67.190.68.179 | 3/8/2012 9:21 | Arvada | CO | Comcast Cable | BitTorrent |
| 4 | 71.229.149.128 | 2/15/2012 23:13 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 5 | 75.70.141.22 | 3/3/2012 13:05 | Denver | CO | Comcast Cable | BitTorrent |
| 6 | 75.70.237.84 | 2/21/2012 15:07 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 7 | 75.71.242.122 | 2/16/2012 22:26 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 8 | 76.25.43.26 | 2/21/2012 7:54 | Denver | CO | Comcast Cable | BitTorrent |
| 9 | 75.163.188.101 | 2/17/2012 9:51 | Colorado Springs | CO | Qwest Communications | BitTorrent |

EXHIBIT A

CO36