IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00906-WJM-MEH

JOHN STAGLIANO, INC., d/b/a Evil Angel Productions, Inc.,

    Plaintiff,

v.

JOHN DOES 1-9,

    Defendants.

## MINUTE ORDER SETTING STATUS CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2012.**

    The above captioned case has been referred to Magistrate Judge Michael E. Hegarty pursuant to an Order of Reference entered by Judge William J. Martinez on April 12, 2012.

    A Status Conference shall be held on **May 2, 2012**, at **9:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should contact my Chambers to obtain an alternate date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not be vacated by Court order may result in the imposition of sanctions.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.